UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ELDON-LEE BERRY,

    Petitioner,

v.

                            Case No. 1:19-cv-652

RANDEE REWERTS,                    HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: June 26, 2020                                /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge